TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CALVIN BRANTLEY, HAROLD OLIVER, JEVAUNTE REESE, LASHAWN CHARLESWELL, TIRAS JACK, AND KEAIRA WOODS.<br><br>　　　　　　Defendants. | **FELONY COMPLAINT**<br><br>MAGIS NO.　2:24mj916 PK<br><br>VIOS. COUNT 1, 18 U.S.C. § 2113(a), CREDIT UNION ROBBERY. |

**COUNT 1**
(Credit Union Robbery)
18 U.S.C. § 2113(b).

On or about September 11, 2024, in the District of Utah,

**CALVIN BRANTLEY, HAROLD OLIVER JEVAUNTE REESE, LASHAWN**

**CHARLESWELL, TIRAS JACK, AND KEAIRA WOODS**,

the defendants herein, by force, violence, and intimidation did take from the person and

presence of another, a credit union ATM technician, at the Mountain American Credit

1

Union, located at 5471 South 4015 West, Taylorsville, Utah, U.S. currency, belonging to and in the care, custody, control, management, and possession of the Mountain America Credit Union, a credit union whose deposits were then insured by the National Credit Union Association Board (NCUAB); and did aid and abet each other therein, all in violation of 18 U.S.C. § 2113(a), and § 2.

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

This complaint is based on the following information:

I, Jeremiah W. Fowlke, being first duly sworn, depose and say:

1. Your affiant is a Special Agent with the Federal Bureau of Investigation currently assigned to the Violent Crimes squad in the Salt Lake City field office. The information contained in this complaint is based on an investigation conducted by me along with other Special Agents of the FBI and investigators from the Taylorsville Police Department.

2. On 09/11/2024, at 0932 hours, Officers of the Taylorsville Police Department and Special Agents from the FBI responded to a duress alarm at the Mountain America Credit Union ATM located at 5471 south 4015 west, Taylorsville, Utah.

3. Police officers spoke with the ATM technician of Debold Services who was one of the victims of the robbery.  His company is contracted to repair ATM machines, and he has access to the cash stored inside.  The technician told police that he

responded to an automated service call at this ATM which came in at 0316 hours. He parked in front of the ATM and opened it to service the machine at 0930.

4. The technician said multiple black males wearing hooded jackets and masks, the hoods pulled up over their heads, pushed him down, one male told him, "Stay down". Justin saw the men take the boxes out of the ATM which contained $200,000 in cash. He saw them run to a silver Jeep Grand Cherokee that was parked nearby, and then leave in it Northbound. The ATM technician suffered minor scrapes to his arm.

5. Police spoke with Mountain America Credit Union Security Manager, Steve Christensen. Steve provided police with images showing a silver Jeep Cherokee with Colorado license plate AHED20 mounted on the rear parked near the ATM. Three black males, one wearing a black hooded sweatshirt, black pants, and black cloth gloves, another in a gray hooded sweatshirt, gray pants, a third wearing a pink and white hooded sweatshirt, white cloth gloves, and rust colored pants exit the Jeep and approaching the ATM technician. After the robbery they are seen running back to the Jeep carrying large metal boxes, the Jeep then leaves Northbound.

6. Taylorsville Police found the Colorado license plate was registered to the Fox Car Rental company located at 462 south Redwood Road. An officer spoke with Manager Kevin Lake who said the plate had been stolen from one of his rental cars earlier.

7. Taylorsville Police observed the stolen Colorado license plate on the silver Jeep Cherokee that was captured on a traffic camera leaving the robbery along with a white Jeep Cherokee with Florida license plates.

8. Taylorsville Police contacted Avis Rental Cars who confirmed that the white jeep Cherokee was rented out of Texas and that the rental had been extended. Taylorsville Police also spoke with AVIS Rental Cars at the Salt Lake City International Airport.  Avis also verified that a rental customer who had parked their rented Jeep Cherokee at the Salt Lake City Hampton Inn parking lot, reported to Avis that the Jeep Cherokee license plate was stolen. Taylorsville Police recovered from the Hampton Inn a surveillance video showing a black male remove a license plate from a Jeep Cherokee who then is seen enter into a leaving in a silver Jeep Cherokee as previously described.

9. Taylorville Police confirmed with AVIS that the white Jeep Cherokee with Florida license plates had a GPS tracker. The AVIS GPS data showed the white Jeep Cherokee had stopped at the Quality Inn in Payson, Utah, located at 830 north, Main Street at 1130 hours. Additional video provided by Mountain America Credit Union showed this white Jeep Cherokee also in the parking lot at the time of the robbery.

10. Taylorsville Police went to the Quality Inn and spoke with employee at the front desk told police that a black pregnant female had arrived in a white Jeep Cherokee with three black males.  They rented room #222 for one night and carried in

multiple large duffel bags. About an hour later the same employee saw the female and two of the males leave in the white Jeep Cherokee.

11. The AVIS pings showed the White Jeep Cherokee was southbound on I-15, law enforcement coordinated their efforts and found the vehicle at Lunt Park rest area off I-15 in Paragonah, Utah.

12. Law enforcement officers observed 5 people walk away from the white Jeep, FL license plate HMFY16 and loiter around the rest stop. After observing the suspects for some time, law enforcement entered the rest stop and took all 5 suspects into custody, plus a 6th individual that was still in the Jeep. One was a pregnant black female, identified as Keaira Woods, a black male identified as Calvin Brantley, a black male identified as Jevaunte Reese, a black male identified as Lashawn Charleswell, a black male, identified as Tiras Jack, and a black male, identified as Harold Oliver.

13. Calvin was carrying a black suitcase when stopped. Jevaunte was carrying a leather backpack, Lashawn was carrying a multi-colored gym bag with palm trees on it. All were detained and they refused officers to allow them to look in their bags. Jevaunte's backpack appeared to have cash sticking out of a side pocket. Officers could see other bags inside of the white Jeep Grand Cherokee.

14. A search warrant was obtained by Taylorsville Police for the white Jeep Grand Cherokee and all the bags that were located with the subjects. Large stacks of US currency were found in multiple bags that were located both with the suspects and in the White Jeep Grand Cherokee. The currency resembled the currency taken

from the credit union ATM and appeared to be in sequential bundles of new bills in sequential order as would be placed in the ATM. A total of $195,691.00 was recovered from the suspects luggage, bags and the white Grand Jeep Cherokee. Also located in the vehicle was a dark "Polo" hoodie that appeared identical to a hoodie that one of the suspects was wearing during the robbery. Police also took note that Tiras Jack was still wearing a pair of black shoes that appeared identical to the ones worn by one of the suspects during the robbery.

15. Interviews of the suspects were conducted by Taylorsville Police and the FBI. During those interviews, more than one of the suspects confirmed that all six of them were involved in the robbery at the ATM and that after they had robbed the ATM, they abandoned the silver Jeep Grand Cherokee at a nearby gym parking lot and all had jumped into the White Jeep Grand Cherokee and driven towards the hotel in Payson, Utah.

16. The silver Jeep Cherokee was recovered at the location identified by the suspects.

//
//
//
//
//
//
//
//

17. Based on the foregoing information, your affiant respectfully requests that a complaint and an arrest warrant be issued for CALVIN BRANTLEY, HAROLD OLIVER JEVAUNTE REESE, LASHAWN CHARLESWELL, TIRAS JACK, and KEAIRA WOODS, for a violation of 18 U.S.C Section 2113(a).

Dated this 12th day of September 2024.

_____
Jeremiah W. Fowlke
Special Agent Federal Bureau of Investigation

Digitally signed by JEREMIAH FOWLKE
Date: 2024.09.12 21:14:12 -06'00'

Subscribed and sworn to before me, this __13th__ day of September 2024.

_____
PAUL KOHLER
United States Magistrate Judge

APPROVED:
TRINA A. HIGGINS
United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney

Digitally signed by CARLOS ESQUEDA
Date: 2024.09.12 22:54:52 -06'00'

7